# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNETTE TORRES and PATRICK BOYLE,<br>      Plaintiffs, | CIVIL ACTION<br>No. 12-0176 |
| v. | |
| CITY OF PHILADELPHIA,<br>ROBERT DEBLASIS,<br>ANTHONY LASALLE, and<br>ALLEN CLARK<br>      Defendants. | |

# ORDER

**AND NOW,** this _____ day of _____, 2012, it is **ORDERED** that Defendant's Partial Motion to Dismiss (ECF No. 17) is **GRANTED IN PART** and **DENIED IN PART**. The motion is GRANTED with respect to the following:

- The First Amendment retaliation claim (Count I)
- Plaintiff Boyle's hostile work environment claim in Counts VI and VII

Accordingly, the retaliation claim and Boyle's hostile work environment claim are dismissed.

The motion is DENIED with respect to the following:

- *Monell* liability claim (Count III)
- Plaintiff Boyle's employment discrimination claims (Counts VI and VII)
- Defendants' motion to dismiss Defendant LaSalle

                s/ Anita B. Brody_____

                ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB 2012\L - Z\Torres v. Phila Order re MTD.docx