IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNETTE TORRES, et al., : | |
|     Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | NO. 12-176 |
| : | |
| SGT. ROBERT DEBLASIS, et al., : | |
|     Defendants. : | |

**ORDER**

    **AND NOW**, this __1st___ day of ___August_____, 2013, it is **ORDERED** that Defendants' Motion for Summary Judgment of Plaintiffs' Second Amended Complaint (ECF No. 48) is **GRANTED**.

    s/Anita B. Brody

    _____

    ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on ____ to: