# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNETTE TORRES, et al., :<br>    Plaintiffs, :<br>                            :<br>v.                               :<br>                              :<br>SGT. ROBERT DEBLASIS, et al., :<br>    Defendants. : | CIVIL ACTION<br>NO. 12-176 |

## ORDER

**AND NOW**, this __1st___ day of ___August_____, 2013, it is **ORDERED** that Defendants' Motion for Summary Judgment of Plaintiffs' Second Amended Complaint (ECF No. 48) is **GRANTED**.

 

                                                                                    s/Anita B. Brody

                                                         _____
                                                         ANITA B. BRODY, J.

 

Copies **VIA ECF** on _____ to:                                 Copies **MAILED** on _____ to: